# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil no. 11-951 (CKK)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF ERRATUM

Plaintiff Citizens for Responsibility and Ethics in Washington (CREW) respectfully submits this Notice of Erratum to it opposition to defendant's motion to dismiss or, in the alternative, for summary judgment, filed on July 7, 2011.

With its opposition, plaintiff included as Exhibit A the declaration of Adam J. Rappaport. The signature page of that declaration, however, contained an electronic signature but not Mr. Rappaport's actual signature. To correct this error, plaintiff hereby files as an attachment to this notice a new declaration from Mr. Rappaport that is identical to the previously submitted declaration, with the exception it is dated July 8, 2011, and contains Mr. Rappaport's actual signature.

Respectfully submitted,

*/s/ Anne L. Weismann*
D.C. Bar No. 298190
Melanie Sloan
D.C. Bar No. 434584
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450

                                                Washington, D.C.  20005
                                                Telephone: (202) 408-5565
                                                Fax: (202) 588-5020
                                                Aweismann@citizensforethics.org

Dated: July 8, 2011