UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　Plaintiff,<br><br>　v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>　Defendant. | Civil Action No. 11-951 (CKK) |

ORDER
(December 30, 2011)

Presently before the Court is Defendant Federal Election Commission's [4] Motion to Dismiss, or, in the Alternative, for Summary Judgment. The Court construes this motion as a motion to dismiss for lack of subject matter jurisdiction and a motion for summary judgment for failure to exhaust administrative remedies. For the reasons stated in the accompanying Memorandum Opinion, it is, this 30th day of December, 2011, hereby

**ORDERED** that Defendant's motion to dismiss for lack of subject matter jurisdiction is DENIED; it is

**FURTHER ORDERED** that Defendant's motion for summary judgment for failure to exhaust administrative remedies is GRANTED. This case is dismissed in its entirety.

**SO ORDERED.**

*This is a final, appealable order.*

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE