**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____ )
                                    )
CITIZENS FOR RESPONSIBILITY         )
AND ETHICS IN WASHINGTON,           )
                                    )
            Plaintiff,              )          Civ. No. 1:11-951 (CKK)
                                    )
      v.                            )
                                    )          STIPULATION AND ORDER
FEDERAL ELECTION COMMISSION,        )
                                    )
            Defendant.              )
_____)

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice.

This stipulation shall have no effect on plaintiff's ability to seek attorney fees and costs.

Dated:  August 12, 2013                 Respectfully submitted,


 /s/ Anne L. Weismann                   Lisa Stevenson
Anne L. Weismann                        Deputy General Counsel — Law
(D.C. Bar No. 298190)                   lstevenson@fec.gov
Citizens for Responsibility and Ethics
  in Washington                         Kevin Deeley
1400 Eye Street, N.W., Suite 450        Acting Associate General Counsel
Washington, D.C.  20005                 kdeeley@fec.gov
Telephone: (202) 408-5565
Fax: (202) 588-5020                     Erin Chlopak
aweismann@citizensforethics.org         Acting Assistant General Counsel
                                        echlopak@fec.gov

Attorney for Plaintiff
                                        /s/ Steve Hajjar
                                        Steve Hajjar
                                        Attorney
                                        shajjar@fec.gov

Federal Election Commission
999 E Street, N.W.
Washington, DC 20463
(202) 694-1650

Attorneys for Defendant