# EXHIBIT A

## LAFFEY MATRIX -- 2003-2013
### (2009-10 rates were unchanged from 2008-09 rates)

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

| Experience | 03-04 | 04-05 | 05-06 | 06-07 | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20+ years | 380 | 390 | 405 | 425 | 440 | 465 | 465 | 475 | 495 | 505 |
| 11-19 years | 335 | 345 | 360 | 375 | 390 | 410 | 410 | 420 | 435 | 445 |
| 8-10 years | 270 | 280 | 290 | 305 | 315 | 330 | 330 | 335 | 350 | 355 |
| 4-7 years | 220 | 225 | 235 | 245 | 255 | 270 | 270 | 275 | 285 | 290 |
| 1-3 years | 180 | 185 | 195 | 205 | 215 | 225 | 225 | 230 | 240 | 245 |
| Paralegals & Law Clerks | 105 | 110 | 115 | 120 | 125 | 130 | 130 | 135 | 140 | 145 |

*Explanatory Notes:*

1.  This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does **not** apply in cases in which the hourly rate is limited by statute. *See* 28 U.S.C. § 2412(d).

2.  This matrix is based on the hourly rates allowed by the District Court in *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the *"Laffey* Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). *See Laffey*, 572 F. Supp. at 371.

3.  The hourly rates approved by the District Court in *Laffey* were for work done principally in 1981-82. The Matrix begins with those rates. *See Laffey*, 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4.  Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. *See Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n. 14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated *Laffey* Matrix when determining whether fee awards under fee-shifting statutes are reasonable. *See, e.g., Blackman v. District of Columbia*, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Technology, Inc.*, 986 F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin.*, 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); *Martini v. Fed. Nat'l Mtg Ass'n*, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); *Park v. Howard University*, 881 F. Supp. 653, 654 (D.D.C. 1995).

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND        )
ETHICS IN WASHINGTON,                  )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )        C.A. No. 11-0951 (CKK)
                                       )
FEDERAL ELECTION COMMISSION,           )
                                       )
            Defendant.                 )
_____)

## DECLARATION OF ANNE L. WEISMANN

1. I am lead counsel for plaintiff Citizens for Responsibility and Ethics in Washington (CREW) in the above-captioned case and submit this declaration in support of CREW's motion for an award of attorneys' fees and costs.

2. Currently I serve as chief counsel for CREW, a position I have held since March 2005. Prior to that, I was deputy chief of the Enforcement Bureau of the Federal Communications Commission; an assistant branch director and before that a trial attorney in the Federal Programs Branch, Civil Division, U.S. Department of Justice; and a staff attorney at the U.S. Department of Labor. I have been an active member of the bar and practicing law since November 1979.

3. In order to determine my time for purposes of recovering our fees in this matter, I reviewed my daily time sheets and separate notes I maintain on individual cases. Exhibit 1 to this declaration contains a break-down of my time by day on specific litigation activities in this case at both the district court and court of appeals level. After reviewing my time sheets and the entire record in this matter, I am confident the time reflected in Exhibit 1 reasonably was expended in order to achieve success in this matter, and that there are no excessive, redundant, or

unnecessary hours included in this request.

4.  Indeed, in calculating my hours for purposes of recovering fees, I exercised considerable billing judgment.  Toward that end, I often reduced hours assigned to a specific litigation task by 10 percent.  I made this reduction to avoid redundancy, given that many of the litigation tasks involved more than one attorney.

5.  The time recorded in Exhibit 1 includes 21.5 hours I have spent researching and preparing CREW's motion for an award of attorneys' fees and costs.  I intend to submit a supplemental declaration to account for any additional time devoted to the preparation of CREW's reply memorandum in support of its motion.

6.  CREW also seeks reimbursement of costs reasonably incurred in this case, which include the $350 filing fee CREW paid to the district court upon the initiation of this action and $150 CREW paid to a process server to serve copies of the complaint.

I declare under penalty of perjury the foregoing is true and correct.

Dated: September 6, 2013

ANNE L. WEISMANN

2

*EXHIBIT 1 TO WEISMANN DECLARATION*

**Breakdown Of Hours For Anne L. Weismann in CREW v. FEC, No. 11-951 (CKK)**

<u>**District Court**</u>

| <u>Dated</u> | <u>Work</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| 5/18/11 | Finalize Complaint | 1 | $495.00 |
| 5/23/11 | File Complaint | .5 | $247.50 |
| 6/24/11 | Review FEC brief and factual timeline | 1.5 | $742.50 |
| 6/28/11 | Research for opposition | 3.5 | $1,732.50 |
| 6/29/11 | Complete research | 2.5 | $1,237.50 |
| 6/30/11 | Draft opposition | 4.5 | $2,227.50 |
| 7/1/11 | Draft opposition | 2.5 | $1,127.50 |
| 7/5/11 | Draft opposition and declarations, discuss with co counsel | 5.5 | $2,722.50 |
| 7/6/11 | Revise statement of material facts, finalize brief | 2.5 | $1,127.50 |
| 7/7/11 | Finalize and file brief | 2.5 | $1,127.50 |
| 12/30/11 | Review and discuss opinion | .75 | $371.25 |
| 1/9/12 | Prepare and file notice of appeal | .75 | $371.25 |

<u>**Court of Appeals**</u>

| | | | |
|---|---|---|---|
| 2/7/12 | Prepare initial filings | 1.5 | $742.50 |
| 2/8/12 | File initial filings | .5 | $247.50 |
| 5/3/12 | Research for brief | 1.5 | $742.50 |
| 5/7/12 | Research for brief | 2.5 | $1,127.50 |
| 5/8/12 | Research and draft brief, discuss | 4.5 | $2,227.50 |

with co-counsel

| | | | |
|---|---|---|---|
| 5/9/12 | Research and draft brief | 4 | $1,980.00 |
| 5/11/12 | Research and draft brief | 3 | $1,485.00 |
| 5/14/12 | Research and draft brief | 3.5 | $1,732.50 |
| 5/15/12 | Research and draft brief | 3.5 | $1,732.50 |
| 5/16/12 | Research and draft brief | 4 | $1,980.00 |
| 5/17/12 | Research and draft brief | 4.5 | $2,227.50 |
| 5/18/12 | Research and draft brief | 2 | $990.00 |
| 5/21/12 | Research and draft brief | 4.5 | $2,227.50 |
| 5/22/12 | Research and draft brief | 2 | $990.00 |
| 5/23/12 | Research and draft brief | 4.5 | $2,227.50 |
| 5/25/12 | Research and draft brief | 2.5 | $1,127.50 |
| 5/29/12 | Draft brief | 2 | $990.00 |
| 5/30/12 | Draft brief | 2.5 | $1,127.50 |
| 6/4/12 | Proofread and finalize brief | 2.5 | $1,262.50 |
| 6/5/12 | Finalize brief | 2.5 | $1,262.50 |
| 6/6/12 | Proofread brief | 2 | $1,010.00 |
| 6/7/12 | Proofread and finalize brief | 2.5 | $1,262.50 |
| 6/11/12 | Finalize brief for filing | 1.5 | $757.50 |
| 7/11/12 | Review FEC brief | 2.5 | $1,262.50 |
| 7/13/12 | Research and draft reply brief, discuss with co-counsel | 4.5 | $2,227.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/16/12 | Research and draft reply | 5.5 | $2,777.50 |
| 7/17/12 | Research and draft reply | 5.5 | $2,777.50 |
| 7/18/12 | Draft reply | 6.5 | $3,282.50 |
| 7/19/12 | Draft reply | 3.5 | $1,767.50 |
| 7/20/12 | Draft reply | 3.5 | $1,767.50 |
| 7/23/12 | Finalize and proofread brief | 1.5 | $757.50 |
| 7/24/12 | Finalize brief for filing | 1 | $505.00 |
| 10/9/12 | Prepare for oral argument | 4 | $2,020.00 |
| 10/10/12 | Prepare for oral argument | 4.5 | $2,272.50 |
| 10/11/12 | Prepare for oral argument | 5.5 | $2,777.50 |
| 10/12/12 | Moot court and prepare for oral argument | 6.5 | $3,282.50 |
| 10/15/12 | Prepare for oral argument | 4.5 | $2,272.50 |
| 10/16/12 | Present oral argument | 2.5 | $1,262.50 |
| 11/21/12 | Review DOJ brief | 1.5 | $757.50 |
| 11/26/12 | Research supplemental brief | 1.5 | $757.50 |
| 11/27/12 | Draft supplemental brief | 3.5 | $1,767.50 |
| 11/28/12 | Draft supplemental brief | 3.5 | $1,767.50 |
| 11/29/12 | Finalize and file supplemental brief | 2.5 | $1,262.50 |

### District Court

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/6/13 | Research and draft motion for attorneys' fees and costs | 5 | $2,525.00 |
| 8/7/13 | Research and draft fee petition | 3.5 | $1,767.50 |

| 8/8/13 | Research and draft fee petition | 3.5 | $1,787.50 |
| 8/9/13 | Draft fee petition | 2.5 | $1,262.50 |
| 8/12/13 | Draft fee petition | 2 | $1,010.00 |
| 8/14/13 | Draft fee petition | 2.5 | $1,262.50 |
| 8/15/13 | Draft fee petition | 1 | $505.00 |
| 9/3/13 | Draft declarations for fee petition | 1.5 | $757.50 |

**TOTAL:** $93,192.50

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND ) 
ETHICS IN WASHINGTON,            ) 
                                 ) 
        Plaintiff,     ) 
                                 ) 
    v.                      )     C.A. No. 11-0951 (CKK) 
                                 ) 
FEDERAL ELECTION COMMISSION,     ) 
                                 ) 
        Defendant.     ) 
_____)

## DECLARATION OF ADAM J. RAPPAPORT

    1.  I am senior counsel for Citizens for Responsibility and Ethics in Washington (CREW),

plaintiff in the above-captioned action.  I submit this declaration in support of CREW's motion

for an award of attorneys' fees and costs in this matter.

    2.  I have served as CREW's senior counsel since March 2009.  Prior to that, I worked as

an associate for Levine Sullivan Koch & Schulz, L.L.P. from October 2002 until March 2009,

and served as a law clerk to Judge David G. Trager of the United States District Court for the

Eastern District of New York from September 2001 until September 2002.  I have been an active

member of the bar and have practiced law since April 2002.

    3.  As senior counsel, I assist with litigation CREW brings, especially that involving

Freedom of Information Act requests I initiated at the agency level.  I served in this capacity here,

which involved reviewing responsive documents the Federal Election Commission produced

once in litigation, researching, and drafting portions of the briefs CREW filed in the district court

and court of appeals.

    4.  In order to determine my time for purposes of recovering our fees in this matter, I

reviewed my time sheets.  Exhibit 1 to this declaration contains a break-down of my hours by day

on specific litigation activities in the district court and court of appeals.  After reviewing my time

sheets and the entire record in this matter, I am confident the time reflected in Exhibit 1

reasonably was expended in order to achieve success in this matter, and that there are no

excessive, redundant, or unnecessary hours included in this request.

5.  In calculating my hours for purposes of recovering fees, I exercised considerable

billing judgment.  As a result, I reduced my hours assigned to some of the specific litigation tasks

for which CREW seeks fees.

6.  The time recorded in Exhibit 1 includes 0.7 hours spent I spent assisting with CREW's

motion for an award of attorneys' fees and costs.  I intend to submit a supplemental declaration to

account for any additional time I devote to the preparation of CREW's reply memorandum in

support of its motion.

I declare under penalty of perjury the foregoing is true and correct.

Dated: September 6, 2013

ADAM J. RAPPAPORT

*EXHIBIT 1 TO RAPPAPORT DECLARATION*

**Breakdown Of Hours For Adam J. Rappaport in CREW v. FEC, No. 11-951 (CKK)**

## District Court

| <u>Dated</u> | <u>Work</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| 5/17/11 | Draft Complaint | 2.0 | $670 |
| 6/16/11 | Review produced documents | 1.0 | $350 |
| 6/22/11 | Review produced documents | 1.0 | $350 |
| 6/27/11 | Review produced documents | 0.5 | $175 |
| 6/28/11 | Research and draft brief and declaration, prepare timeline of communications | 2.0 | $700 |
| 6/29/11 | Research and draft brief and declaration | 1.0 | $350 |
| 6/30/11 | Research and draft brief and declaration | 3.0 | $1,050 |
| 7/1/11 | Research and draft brief and declaration | 2.0 | $700 |
| 7/5/11 | Review and revise and declaration | 1.0 | $350 |
| 7/7/11 | Review and revise brief and declaration | 1.0 | $350 |

## Court of Appeals

| | | | |
|---|---|---|---|
| 5/2/12 | Discuss brief outline with Anne Weismann | 0.5 | $175 |
| 5/3/12 | Draft brief outline | 0.8 | $280 |
| 5/9/12 | Research and draft brief | 1.8 | $630 |
| 5/11/12 | Research and draft sections of brief | 1.2 | $420 |

| 5/14/12 | Research and draft sections of brief | 2.1 | $735 |
|---------|--------------------------------------|-----|------|
| 5/15/12 | Research and draft sections of brief | 0.6 | $210 |
| 5/16/12 | Research and draft sections of brief | 3.3 | $1,155 |
| 5/21/12 | Research and draft sections of brief | 3.8 | $1,330 |
| 5/22/12 | Research and draft sections of brief | 4.6 | $1,610 |
| 5/23/12 | Research and draft sections of brief | 2.2 | $770 |
| 6/1/12 | Review and revise appendix | 2.8 | $994 |
| 6/6/12 | Proofread brief | 0.8 | $284 |
| 6/8/12 | Proofread and finalize brief and appendix | 2.2 | $781 |
| 6/11/12 | Finalize brief | 0.5 | $177.50 |
| 7/10/12 | Review FEC brief | 1.7 | $603.50 |
| 7/16/12 | Draft outline of FEC brief issues | 2.1 | $745.50 |
| 7/19/12 | Research and draft sections of reply brief | 1.3 | $461.50 |
| 7/20/12 | Research and draft sections of reply brief | 1.6 | $568 |
| 7/22/12 | Review and proofread reply brief | 1.3 | $461.50 |

## District Court

| 8/28/13 | Calculate hours for fee petition | 0.5 | $222.50 |
|---------|----------------------------------|-----|---------|
| 9/4/13 | Review and revise declaration for fee petition | 0.2 | $71 |

**TOTAL:**                                        $17,730

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-0951 (CKK) |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MELANIE SLOAN

1. I am the executive director of Citizens for Responsibility and Ethics in Washington (CREW), plaintiff in the above-captioned action. I submit this declaration in support of CREW's motion for an award of attorneys' fees and costs in this matter.

2. I have served as CREW's executive director since February 2003. Prior to that, I served as an Assistant United States Attorney for the District of Columbia, and before that I spent five years on Capitol Hill working for first, the Senate Judiciary Committee, and later the House Judiciary Committee. I have been an active member of the bar and have practiced law since December 1991.

3. As executive director, I also act as co-counsel in cases CREW brings. In that capacity, I review all written pleadings filed with the court and consult on strategy and legal positions. I served in this capacity in the case before this Court.

4. In order to determine my time for purposes of recovering our fees in this matter, I reviewed my time sheets. Exhibit 1 to this declaration contains a break-down of my hours by day on specific litigation activities in the district court and court of appeals. After reviewing my time

sheets and the entire record in this matter, I am confident the time reflected in Exhibit 1

reasonably was expended in order to achieve success in this matter, and that there are no

excessive, redundant, or unnecessary hours included in this request.

     5.  In calculating my hours for purposes of recovering fees, I exercised considerable

billing judgment.  As a result, I typically reduced my hours assigned to a specific litigation task.

     6.  The time recorded in Exhibit 1 includes two hours I spent preparing CREW's motion

for an award of attorneys' fees and costs.  I intend to submit a supplemental declaration to

account for any additional time I devote to the preparation of CREW's reply memorandum in

support of its motion.

     I declare under penalty of perjury the foregoing is true and correct.

Dated: September 6, 2013

MELANIE SLOAN

*EXHIBIT 1 TO SLOAN DECLARATION*

**Breakdown Of Hours For Melanie Sloan in CREW v. FEC, No. 11-951 (CKK)**

## District Court

| <u>Dated</u> | <u>Work</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| 5/17/11 | Review Complaint | 1.0 | $475 |
| 6/24/11 | Review FEC Brief | 1.0 | $495 |
| 7/5/11 | Review, research, and discuss opposition | 2.0 | $990 |
| 7/7/11 | Review opposition | 1.0 | $495 |
| 7/8/11 | Review opposition | 2.0 | $990 |
| 12/30/11 | Review and discuss opinion | .75 | $371.25 |

## Court of Appeals

| | | | |
|---|---|---|---|
| 5/8/12 | Discuss brief | .50 | $247.50 |
| 6/4/12 | Review brief | 2.0 | $1,010 |
| 7/11/12 | Review FEC brief | 1.0 | $505 |
| 7/13/12 | Discuss reply | 1.0 | $505 |
| 7/20/12 | Review reply | 2.0 | $1,010 |
| 10/11/12 | Prepare for oral argument | 2.0 | $1,010 |
| 10/16/12 | Attend oral argument | 2.5 | $1,262.50 |
| 11/21/12 | Review DOJ brief | 1.0 | $505 |
| 11/28/12 | Review supplemental brief | 1.0 | $505 |

## District Court

| | | | |
|---|---|---|---|
| 8/28/13 | Calculate hours for fee petition | 1.0 | $505 |
| 9/4/13 | Review fee brief | 2.0 | $1,010 |

**TOTAL:**                                    $11,891.25